nez, Apelante.—Desahucio. San Juan, Sección Primera. Diciembre 6, 1920. *Desestimada.*

No. 1562. El Pueblo, Apelado, *v.* Pantoja, Apelante.— Infracción de la Ley del Trabajo. San Juan, Sección Segunda. Diciembre 7, 1920. *Revocada y absuelto el acusado.*

No. 2298. Ex parte Gómez, viuda de Díaz, Apelante, *v.* La Superiora del Asilo de Niñas Huérfanas, Requerida y Apelada.—*Habeas corpus.* San Juan, Sección Segunda. Diciembre 7, 1920. *Desestimada.*

No. 2344. Morante, Apelante, *v.* Pérez Avilés et al., Apelados.—Desahucio. Arecibo. Diciembre 7, 1920. *Desestimada.*

No. 1641. El Pueblo, Apelado, *v.* Efrese, Apelante.—Infracción del artículo 260 del Código Penal (prostitución). San Juan, Sección Segunda. Diciembre 9, 1920. *Desistida.*

No. 1570. El Pueblo, Apelado, *v.* Ríos, Apelante.—Adulteración de leche. Ponce. Diciembre 10, 1920.

No. 1579. El Pueblo, Apelado, *v.* Cruz, Apelante.—Acometimiento y agresión grave. San Juan, Sección Segunda. Diciembre 10, 1920.

No. 1564. El Pueblo, Apelado, *v.* Coll y Cuchí, Apelante.—Infracción del Reglamento del Tesorero de Puerto Rico. Humacao. Diciembre 10, 1920.

No. 1557. El Pueblo, Apelado, *v.* Osorio, Apelante.—Acometimiento y agresión grave. Humacao. Diciembre 10, 1920. *Confirmadas las apelaciones.*

No. 1563. El Pueblo, Apelado, *v.* Padilla, Apelante.— Adulteración de leche. San Juan, Sección Segunda. Diciembre 13, 1920. *Revocada la sentencia y absuelto el acusado.*

No. 1578. El Pueblo, Apelado, *v.* García, Apelante.—Infracción de la Ley de Andamios. San Juan, Sección Segunda. Diciembre 13, 1920.

No. 1566. El Pueblo, Apelado, *v.* Cuilian, Apelante.— Infracción de la Ley de Arbitrios. Ponce. Diciembre 13, 1920.